# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Ferguson v. City of New York  **Docket No.:** 23-1315

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Jamison Davies

**Firm:** New York City Law Department

**Address:** 100 Church St., New York NY 10007

**Telephone:** 212-356-2490  **Fax:** 212-356-1148

**E-mail:** jdavies@law.nyc.gov

**Appearance for:** City of New York, Michael Gildea, Detective Jaeger/Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Sylvia Hinds-Radix/New York City Law Department)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/9/2023  OR

[ ] I applied for admission on _____.

**Signature of Counsel:** /s/ Jamison Davies

**Type or Print Name:** Jamison Davies