# Bergstein & Ullrich

– Attorneys at Law –
5 Paradies Lane
New Paltz, New York 12561
Tel: (845) 469-1277   Fax: (845) 469-5904
www.tbulaw.com
steve@tbulaw.com
www.secondcircuitcivilrights.blogspot.com

October 24, 2023

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, N.Y. 10007

      Re: *Ferguson v. City of New York*
        Dkt No. 23-1315

Dear Clerk:

  I am co-counsel for Plaintiff-Appellant Ferguson. I am writing to request that this Court set the deadline to file the brief and joint appendix for December 28, 2023, which is 91 days after Appellant filed Forms C and D.

        Very truly yours,

        */s/ Stephen Bergstein*

        Stephen Bergstein