# UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

———————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of October, two thousand twenty-three,

———————————————————————

Rashaun Ferguson,

       Plaintiff - Appellant,

v.

City of New York, Michael Gildea, Detective Jaeger,

       Defendants - Appellees,

Unidentified Members of the NYPD, all sued herein in their individual capacities,

       Defendant.

———————————————————————

**ORDER**
Docket No: 23-1315

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 28, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before December 28, 2023. The appeal is dismissed effective [EDIT Due Date] if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court