UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1315

**Motion for:** additional 60 days to perfect appeal

**Caption [use short title]**

Ferguson v. City of New York

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant seeks an additional 60 days to perfect this appeal due to lead counsel's surgery and physical inability to perform work on the case at this time.

**MOVING PARTY:** Rashaun Ferguson
**OPPOSING PARTY:** City of New York

[■] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Fred B. Lichtmacher
**OPPOSING ATTORNEY:** Jamison Davies

[name of attorney, with firm, address, phone number and e-mail]

Law Offices of Fred Lichtmacher PC
116 West 23d Street, Suite 500
New York, NY 10011

New York City Law Department
100 Church Street, Room 6-178
New York, N.Y. 10007

**Court- Judge/ Agency appealed from:** EDNY - Judge Vitaliano

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[■] Yes  [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[■] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

Is the oral argument on motion requested?  [ ] Yes  [■] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes  [■] No  If yes, enter date:

**Signature of Moving Attorney:**
Fred Lichtmacher (Digitally signed by Fred Lichtmacher Date: 2023.12.15 12:18:59 -05'00')  **Date:** 12/15/2023  **Service:** [■] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)