# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand twenty-three.

Before:    Alison J. Nathan,
            *Circuit Judge*,

---

Rashaun Ferguson,

    Plaintiff - Appellant,

v.

City of New York, Michael Gildea, Detective Jaeger,

    Defendants – Appellees.

**ORDER**

Docket No. 23-1315

---

    Appellant moves for a 60-day extension to February 26, 2024 to file the opening brief.

    IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court