UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-1315

Motion for: enlargement of time to perfect appeal

Caption [use short title]: Ferguson v. City of New York

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant seeks 60 days from the date the district court resolves a pending motion that would affect the appellate record and the joint appendix

MOVING PARTY: Ferguson
OPPOSING PARTY: City of New York

☒ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Fred Lichtmacher, Esq.
OPPOSING ATTORNEY: Jamison Davies, Esq.
[name of attorney, with firm, address, phone number and e-mail]

116 West 23rd Street
New York, NY 10011
212-922-9066

New York City Law Department Appeals Division
100 Church Street Room 6-178
New York, NY 10007 212-356-2490

Court- Judge/ Agency appealed from: EDNY Judge Vitaliano

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes   ☐ No (explain):

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   ☐ Yes  ☐ No
Has this relief been previously sought in this court?   ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No   If yes, enter date:

Signature of Moving Attorney:
[signature]   Date: 2/18/24   Service: ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)