# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand twenty-four.

Before:      Alison J. Nathan,
               *Circuit Judge,*

---

Rashaun Ferguson,

    Plaintiff - Appellant,

v.

City of New York, Michael Gildea, Detective Jaeger,

    Defendants – Appellees.

**ORDER**

Docket No. 23-1315

---

    Appellant moves for extension of time, until 60 days after district court rules on the motion to supplement the record, to file the opening brief and appendix in this matter.

    IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

