# Bergstein & Ullrich

– Attorney at Law –
5 Paradies Lane
New Paltz, New York 12561
Tel: (845) 469-1277         Fax: (845) 469-5904
www.tbulaw.com
thefirm@tbulaw.com
www.secondcircuitcivilrights.blogspot.com

October 3, 2024

Clerk of Court
U.S. Court of Appeals
for the Second Circuit
40 Foley Square
New York, N.Y. 10007

        Re:    *Ferguson v. City of New York*
                Dkt No 23- 1315

Dear Clerk:

     I represent Plaintiff-Appellant in this case. On February 22, 2024, this Court issued an Order granting Appellant's motion for an extension of time, until 60 days after the district court rules on the motion to supplement the record. See 2d Cir. Dkt No. 34. That order issued on October 2, 2024. I am therefore advising that Appellant will perfect the appeal by December 2, 2024.

                Very truly yours,

                */s/ Stephen Bergstein*

                Stephen Bergstein