

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Jamison Davies
Assistant Corporation Counsel
Phone: 212-356-2490
jdavies@law.nyc.gov

November 25, 2024

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Ferguson v. City of New York*
Docket No. 23-1315

To the Hon. Clerk of the Court:

Under Local Rule 31.2(a)(1)(B), appellees respectfully that their brief be due on February 24, 2025, which is 91 days from the date appellant's brief was filed.

    Respectfully submitted,

    MURIEL GOODE-TRUFANT
    *Acting Corporation Counsel*
    *of the City of New York*
    Attorney for Appellees

By:   /s/ *Jamison Davies*
    Jamison Davies
    Assistant Corporation Counsel