## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ferguson v. City of New York          Docket No.: 23-1315

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Devin Slack

Firm: New York City Law Department

Address: 100 Church Street, NY, NY 10007

Telephone: 212 356-0817     Fax: 212 356-1148

E-mail: dslack@law.nyc.gov

Appearance for: City of New York, Michael Gildea, Detective Jaeger/Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jamison Davies / New York City Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 13, 2024     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Devin Slack

Type or Print Name: Devin Slack