**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 30, 2025<br>Docket #: 23-1315cv<br>Short Title: Ferguson v. City of New York | DC Docket #: 17-cv-6871<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Vitaliano<br>DC Judge: Bulsara |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.